Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
FERNANDO RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FERNANDO RANGEL,<br><br>　　　　　　　Defendant. | Case No. MAG. 05-0222-PAN<br><br>STIPULATION AND ORDER;<br>EXCLUSION OF TIME<br><br>Date:  September 2, 2005<br>Time:  2:00 p.m. |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, Michael E. Hansen, attorney for Defendant HERNANDEZ, that the previously scheduled preliminary hearing date of September 2, 2005 be vacated and the matter set for preliminary hearing on October 3, 2005 at 2:00 p.m.

　　　　　This continuance is requested and is appropriate to allow defense counsel time to obtain records, and continue ongoing plea negotiations.

\\\\\

1

1  Accordingly, all counsel and defendants agree that time under the Speedy Trial
2  Act from the date this stipulation is lodged, through October 2, 2005, should be excluded in
3  computing time within which preliminary hearing must commence under the Speedy Trial Act,
4  pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: August 31, 2005

Respectfully submitted,
/s/ Michael E. Hansen
MICHAEL E. HANSEN

Attorney for Defendant

FERNANDO RANGEL

Dated:  August 31, 2005

/s/ Michael E. Hansen for
JASON HITT

Assistant U.S. Attorney

Attorney for Plaintiff

1
2                                                   <u>ORDER</u>
3
4
5   IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §
6   3161(H)(8)(B)(iv) and Local Code T4.
7
8    Dated: 9/2/05                    /s/ Gregory G. Hollows
9                                     _____
                                      GREGORY G. HOLLOWS
10                                    United States Magistrate Judge
    rangel.222.ord
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26