McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 05-0222 PAN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY HEARING DATE |
| v. | ) | |
| FERNANDO RANGEL, | ) | |
| Defendant. | ) | |

　　　Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Fernando Rangel, by his counsel, Michael E. Hansen, Esq., hereby stipulate and agree that the currently-set preliminary hearing date of October 3, 2005, at 2:00 p.m. should be continued to November 7, 2005, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d). This is the second request by the parties for an extension of time for the preliminary hearing.

　　　Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because more time will permit the parties to discuss a possible pre-indictment resolution of the case against RANGEL. The parties have already engaged in preliminary discussions which indicate a resolution may be likely. In addition, the government has provided the

defendant with approximately 44 pages of pre-indictment discovery.  Both counsel believe a resolution on this case may occur within the next month.

Counsel further stipulate that an exclusion of time from now until November 7, 2005, is appropriate under the Speedy Trial Act because the government has produced discovery and a proposed plea agreement to counsel for RANGEL and defense counsel needs time to review the material and discuss the significance of the discovery and plea agreement with RANGEL.  An exclusion of time is also appropriate because counsel for the defendant is currently overseas and will not return to the United States until the first week of October.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); <u>see</u> Local Code T4.

Dated: September 26, 2005         <u>/s/ Jason Hitt</u>
                                  JASON HITT
                                  Assistant U.S. Attorney


Dated: September 26, 2005         <u>/s/ Jason Hitt</u>
                                  Telephonically authorized by
                                  Mr. Hansen to sign on 9-26-05
                                  MICHAEL HANSEN, ESQ.
                                  Counsel for FERNANDO RANGEL
_____

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1.   The Court finds good cause to extend the Preliminary Hearing currently set for October 3, 2005, to November 7, 2005,

at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

    2.   Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through November 7, 2005.

    IT IS SO ORDERED.

    Dated:   September 30, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge