McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-05-0480 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) | DATE |
| | ) | |
| FERNANDO RANGEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Fernando Rangel, by his counsel, Michael E. Hansen, Esq., hereby stipulate and agree that the currently-set preliminary hearing date of November 7, 2005, at 2:00 p.m. should be continued to December 2, 2005, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).  This is the third request by the parties for an extension of time for the preliminary hearing.

   Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties have reached a pre-indictment resolution of the case against RANGEL. The parties are seeking to have the matter set for a change of plea on an information before a United States District Judge during the week of November 14, 2005.

1

    Counsel further stipulate that an exclusion of time from November 7, 2005, until December 2, 2005, is appropriate under the Speedy Trial Act because the government has produced discovery and a proposed plea agreement to counsel for RANGEL and defense counsel needs time to review the material and discuss the significance of the discovery and plea agreement with RANGEL.  An exclusion of time is also appropriate because counsel for the defendant is currently overseas and will not return to the United States until the first week of October.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); see Local Code T4.

Dated: November 4, 2005            /s/ Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

Dated: November 4, 2005            /s/ Jason Hitt
                                        Telephonically authorized by
                                        Mr. Hansen to sign on 11-4-05
                                        MICHAEL HANSEN, ESQ.
                                        Counsel for FERNANDO RANGEL

---

**ORDER**

    Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

    1.  The Court finds good cause to extend the Preliminary Hearing currently set for November 7, 2005, to December 2, 2005, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

/ / /

1         2.   Based upon the above representations and stipulation of
2    the parties, the Court further finds that the ends of justice
3    outweigh the best interest of the public and the defendant in a
4    speedy trial.  Accordingly, time under the Speedy Trial Act shall
5    be excluded through December 2, 2005.
6         IT IS SO ORDERED.
7    DATED: November 4, 2005.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

12   Ddad1/orders.criminal/rangel0480.stipord