Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
FERNANDO RANGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>FERNANDO RANGEL,<br><br>                      Defendant. | Case No. Cr. S-05-480 WBS<br><br>STIPULATION AND ORDER;<br>CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: February 9, 2006<br>Time: 2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, MICHAEL E. HANSEN, attorney for Defendant HERNANDEZ, that the previously scheduled judgment and sentencing date of February 9, 2006 be vacated and the matter set for judgment and sentencing on March 9, 2006 at 2:00 p.m.

This continuance is requested and is appropriate to allow defense counsel time to prepare a sentencing memorandum. Additionally, defense counsel is in trial in Sacramento County Superior Court through February 9, 2006

////

////

////

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| | Respectfully submitted, |
| Dated: February 8, 2006 | |
| | /s/ Michael E. Hansen |
| | MICHAEL E. HANSEN |
| | Attorney for Defendant |
| | FERNANDO RANGEL |
| | |
| Dated: February 8, 2006 | |
| | /s/ Michael E. Hansen for |
| | JASON HITT |
| | Assistant U.S. Attorney |
| | Attorney for Plaintiff |

ORDER

IT IS SO ORDERED.

Dated: February 9, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com